13536.  CITIZENS AND SOUTHERN BANK *v.* UNION WAREHOUSE AND COMPRESS COMPANY.

BELL, J. The Court of Appeals certified certain questions in this case to the Supreme Court. Construing the petition in the light of the Supreme Court's answers, the trial court erred in sustaining the demurrers and dismissing the petition. See *Citizens & Southern Bank* v. *Union Warehouse & Compress Co.*, 157 *Ga.* 434 (122 S. E. 327).

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 19, 1924.

Complaint; from Richmond superior court—Judge Henry C. Hammond. March 23, 1922.

*Wright & Jackson, Adams & Adams,* for plaintiff.
*Alexander & Lee,* for defendant.

---

13842.  BOSWELL *v.* ROBERTS.

13862.  BROWN, trustee, *v.* CITY OF GREENSBORO.

JENKINS, P. J. Under the answer of the Supreme Court to a question certified to it by this court, "the city court of Greensboro is not a constitutional city court from which writs of error will lie direct" to this court, and the writs of error in the above-stated cases must be dismissed. *Boswell* v. *Roberts*, 157 *Ga.* 585 (122 S. E. 216).

*Writs of error dismissed. Stephens and Bell, JJ., concur.*

DECIDED APRIL 19, 1924.

Complaint; from city court of Greensboro—Judge Fisher. June 10, 13, 1922.

*J. G. Faust,* for Boswell.  *Miles W. Lewis,* contra.

*Joseph P. Brown, J. G. Faust,* for Brown.  *J. S. Callaway, Noel P. Park,* contra.